No. 01–9366.  SCHAEFER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–9370.  BRYANT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–9371.  SANDERS *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 01–9374.  BONILLA-GARCIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–9379.  PEREZ-CARILLO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9381.  MCGILL *v.* OHIO.  Ct. App. Ohio, Greene County. Certiorari denied.

No. 01–9388.  ORGA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9392.  WILLIAMS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 01–9394.  BLAYLOCK ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–827.  PHILLIPS, INDIVIDUALLY AND AS NEXT OF KIN TO PHILLIPS, ET AL. *v.* HILLCREST MEDICAL CENTER ET AL., *ante,* p. 905;

No. 01–5037.  LEE *v.* PENN NATIONAL INSURANCE CO., 534 U. S. 899;

No. 01–6104.  SHEEHAN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 1003;

No. 01–7251.  KACZYNSKI *v.* UNITED STATES, *ante,* p. 933;

No. 01–7724.  FULTS *v.* GEORGIA, *ante,* p. 908; and

No. 01–8681.  IN RE HOWARD, *ante,* p. 953.  Petitions for rehearing denied.

No. 00–7455.  REED *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 531 U. S. 1164; and

No. 01–6552.  DAVIS *v.* VALLEY CARE MEMORIAL HOSPITAL ET AL., 534 U. S. 1048.  Motions for leave to file petitions for rehearing denied.